# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEROME P. GENOVA, ) | |
| Plaintiff, ) | No.: 12 CV 3105 |
| ) | |
| vs. ) | |
| ) | Judge Charles P. Kocoras |
| ERIC KELLOGG, JOSEPH LETKE, LETKE ) | |
| & ASSOCIATES, INC., and the CITY OF ) | |
| HARVEY, ) | Magistrate Judge Martin C. Ashman |
| ) | |
| Defendants. ) | |

## DEFENDANTS ERIC KELLOGG and CITY OF HARVEY'S
## JOINT MOTION TO SUBSTITUTE COUNSEL

NOW COME Julie A. Bruch and Karin L. Anderson from the law firm of O'Halloran Kosoff Geitner & Cook, LLC, and Bettie E. Lewis from the law firm of Smith Amundsen LLC, and for their Joint Motion to Substitute Counsel for Defendants ERIC KELLOGG and CITY OF HARVEY, state as follows:

1. Attorneys Julie A. Bruch and Karin L. Anderson from the law firm of O'Halloran Kosoff Geitner & Cook, LLC, are representing Defendants Eric Kellogg ("Kellogg") and the City of Harvey ("Harvey").

2. The undersigned has been authorized to represent Defendants Eric Kellogg and the City of Harvey in this matter and seeks to substitute Julie A. Bruch and Karin Anderson from the law firm of O'Halloran Kosoff Geitner & Cook, LLC, with Bettie E. Lewis from the law firm of Smith Amundsen LLC, to represent Defendants Kellogg and Harvey in this action.

3. This motion is not intended to and will not delay this matter.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion for substitution of counsel and allow Bettie E. Lewis from the law firm of Smith Amundsen LLC, to substitute as attorney of record for Defendants ERIC KELLOGG and CITY OF HARVEY in this matter, that the attorney from Smith Amundsen LLC, be granted leave to appear *instanter*, and that attorneys Julie A. Bruch and Karin Anderson from the law firm of O'Halloran Kosoff Geitner & Cook, LLC be granted leave to withdraw their appearances for Defendants Kellogg and Harvey.

Respectfully submitted by:

| | |
|---|---|
| */s/ Karin L. Anderson* | */s/ Bettie E. Lewis* |
| Julie A. Bruch, #6215813 | Bettie E. Lewis, # |
| Karin L. Anderson, #6277014 | Smith Amundsen LLC |
| O'Halloran Kosoff Geitner & Cook, LLC | 150 North Michigan Avenue |
| 650 Dundee Road, Suite 475 | Suite 3300 |
| Northbrook, Illinois 60062 | Chicago, Illinois 60601 |
| Telephone: (847) 291-0200 | Telephone: (312) 894-3240 |
| Fax: (847) 291-9230 | Fax: (312) 997-1742 |
| Email: kanderson@okgc.com | Email: BLewis@salawus.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEROME P. GENOVA, ) | |
| ) | |
| Plaintiff, ) | No.: 12 CV 3105 |
| ) | |
| vs. ) | |
| ) | Judge Charles P. Kocoras |
| ERIC KELLOGG, JOSEPH LETKE, LETKE ) | |
| & ASSOCIATES, INC., and the CITY OF ) | |
| HARVEY, ) | Magistrate Judge Martin C. Ashman |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2013 I electronically filed Defendants Eric Kellogg and City of Harvey's Joint Motion to Substitute Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered CM/ECF participant(s):

Patrick J. Walsh
pw.ezingerlaw@yahoo.com

Edmond J. Tremblay
ejtremblay@arnstein.com

Julie A. Meyer
Jameyer1@gmail.com

**CITY OF HARVEY and ERIC KELLOGG**

By: *s/Karin L. Anderson*
Karin L. Anderson, #6277014
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax: 847/291-9230
Email: kanderson@okgc.com

3