**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                     Case Number:   1:12-cv-03105

JEROME P. GENOVA          Honorable Judge Sidney I. Schenkier

Plaintiff

v.

ERIC KELLOGG, JOSEPH LETKE, LETKE & ASSOCIATES, INC., AND CITY OF HARVEY.

Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ERIC KELLOGG & CITY OF HARVEY & JOSEPH LETKE & LETKE & ASSOCIATES, INC.**

| |
|---|
| **ALEXANDRA MAIMONIS** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ ALEXANDRA MAIMONIS |
| SmithAmundsen LLC |
| 150 North Michigan Avenue – Suite 3300 – Chicago, IL   60601 |
| Chicago, Illinois   60601 |

| ID NUMBER:  6294443 | TELEPHONE NUMBER:  (312) 455-3832 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  N |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL  X                              APPOINTED COUNSEL