# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jerome P. Genova

                Plaintiff,

v.                                           Case No.: 1:12–cv–03105
                                                   Honorable Charles P. Kocoras

Eric Kellogg, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2014:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. The parties report on the status of discovery and that plaintiff has filed a motion for default judgment. In light of the parties' report and by agreement, the Court stays discovery pending the district judge's ruling on the motion for prove up on the default judgment. The matter is set for a status hearing before the magistrate judge on 1/14/15 at 9:00 a.m. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.